UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JAMIE A. GONZALEZ,

                Plaintiff,

                                                                       JUDGMENT
                                                                       18-CV-2715 (AMD)

                -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------ X

       A Memorandum, Decision, and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on September 11, 2019, remanding this case for further development of the record; it is

       ORDERED and ADJUDGED that this case is remanded for further development of the record.

| | |
|---|---|
| Dated: Brooklyn, NY<br>       September 12, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>       Deputy Clerk |